No JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NFC Collections LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>Helsing Releasing, LLC, Helsing Production Inc., Insight Film Studios, Ltd., Kirk Shaw, and Bank Leumi USA,<br><br>    Defendants. | Case No. 2:13-cv-07264-R-PJW<br><br>**JUDGMENT IN FAVOR OF NFC COLLECTIONS LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

1   This matter came before the Court on the Motion of Plaintiff NFC
2   Collections LLC ("NFC") for Partial Summary Judgment (the "Motion") on
3   September 15, 2014 at 10:00 a.m. in Courtroom 8 of the above-entitled Court.  All
4   parties were represented by counsel.  Counsel submitted the matter on the papers.
5   Having considered all of the evidence properly presented in connection with the
6   Motion, Defendant Bank Leumi USA's ("Bank Leumi") opposition papers, and the
7   relevant pleadings and papers on file with the Court and for good cause appearing,

8   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that no material
9   facts are in dispute and NFC is entitled to partial summary adjudication as a matter
10  of law against Bank Leumi on NFC's cause of action for breach of contract alleging
11  that Bank Leumi, the senior creditor, breached the parties' Intercreditor Agreement
12  by failing to promptly turn over to NFC, the junior creditor, the excess collateral
13  Bank Leumi had collected from the borrower once Bank Leumi's loan to the
14  borrower had been repaid in full as of December 21, 2012.

15  IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that
16  Judgment is hereby entered in favor of NFC and against Bank Leumi for CAD
17  $169,118.32 plus interest thereon amounting to CAD $29,282.95.

21  Dated: October 22, 2014        _____
22                                  HONORABLE MANUEL L. REAL
                                    UNITED STATES DISTRICT JUDGE